# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ROCKY ALLEN WRIGHT**                                                                                    **PLAINTIFF**

**v.**                                            **4:22-CV-00374-ERE**

**ACTING COMMISSIONER, SOCIAL**
**SECURITY ADMINISTRATION**                                                                 **DEFENDANT**

## ORDER

Defendant's unopposed motion to reverse and remand *(Doc. 11)* is GRANTED. Accordingly, the Commissioner's decision is reversed and this case is REMANDED. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 26th day of September, 2022.

_____
UNITED STATES MAGISTRATE JUDGE