# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ROCKY ALLEN WRIGHT**                                                                 **PLAINTIFF**

**v.**                                          **4:22-CV-00374-ERE**

**ACTING COMMISSIONER, SOCIAL**
**SECURITY ADMINISTRATION**                                                **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, the Commissioner's decision is reversed, and this case is REMANDED for further administrative proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 26th day of September, 2022.

_____
UNITED STATES MAGISTRATE JUDGE