IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROCKY ALLEN WRIGHT**                                                               **PLAINTIFF**

v.                                              **4:22-CV-00374-ERE**

**ACTING COMMISSIONER, SOCIAL**
**SECURITY ADMINISTRATION**                                        **DEFENDANT**

## ORDER

Pending before the Court is Plaintiff Rocky Wright's unopposed motion for attorney's fees and costs under the Equal Access to Justice Act ("EAJA"). *Doc. 14.* Plaintiff's attorney requests a total award of **$4,641.00.** The Court concludes that the requested sum is reasonable and Plaintiff is entitled to an award of attorney's fees under the EAJA.

Accordingly, Plaintiff's motion for attorney's fees, *Doc. 14*, is GRANTED. Plaintiff is awarded **$4,641.00** in attorney's fees under the EAJA.[1]

IT IS SO ORDERED this 14th day of December, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff but mailed to Plaintiff in care of Plaintiff's attorney at the attorney's office.